1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BENJAMIN LIRA,

11               Plaintiff,                    No. CIV S-05-2452 LKK GGH P

12        vs.

13   K. PROSPER, et al.,

14               Defendants.              <u>ORDER</u>

15   _____/

16         Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42

17   U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C.

18   § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C.

19   § 636(b)(1).

20         Plaintiff has submitted a declaration that makes the showing required by 28

21   U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

22         Plaintiff is required to pay the statutory filing fee of $250.00 for this action.  28

23   U.S.C. §§ 1914(a), 1915(b)(1).  An initial partial filing fee of $6.43 will be assessed by this

24   order.  28 U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate agency to

25   collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the

26   Court.  Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the

                                          1

1  preceding month's income credited to plaintiff's prison trust account.  These payments will be

2  forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's

3  account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

4  　　　　The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983

5  and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a

6  reasonable opportunity to prevail on the merits of this action.

7  　　　　In accordance with the above, IT IS HEREBY ORDERED that:

8  　　　　1.  Plaintiff's request for leave to proceed in forma pauperis is granted.

9  　　　　2.  Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action.

10  Plaintiff is assessed an initial partial filing fee of $6.43.  All fees shall be collected and paid in

11  accordance with this court's order to the Director of the California Department of Corrections

12  filed concurrently herewith.

13  　　　　3.  Service is appropriate for the following defendants: K. Prosper; M. Mullin;

14  J.D. Appel; W. McCracken; J. Chavez; J. Castillo; A. Dixon; W. Barnes.

15  　　　　4.  The Clerk of the Court shall send plaintiff eight (8) USM-285 forms, one

16  summons, an instruction sheet and a copy of the complaint filed December 5, 2005.

17  　　　　5.  Within thirty days from the date of this order, plaintiff shall complete the

18  attached Notice of Submission of Documents and submit the following documents to the court:

19  　　　　　　a.  The completed Notice of Submission of Documents;

20  　　　　　　b.  One completed summons;

21  　　　　　　c.  One completed USM-285 form for each defendant listed in number 3

22  　　　　　　above; and

23  　　　　　　d.  Nine (9) copies of the endorsed complaint filed December 5, 2005.

24  　　　　6.  Plaintiff need not attempt service on defendants and need not request waiver of

25  service.  Upon receipt of the above-described documents, the court will direct the United States

26  /////

1   Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

2   without payment of costs.

3   DATED:  3/24/06

4                                                          /s/ Gregory G. Hollows
                                                           _____
5                                                          GREGORY G. HOLLOWS
                                                           UNITED STATES MAGISTRATE JUDGE
6

7   GGH:009
    lira2452.1
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BENJAMIN LIRA,

11              Plaintiff,                          No. CIV S-05-2452 LKK GGH P

12        vs.

13   K. PROSPER, et al.,

14              Defendants.                         NOTICE OF SUBMISSION

15   _____/                  OF DOCUMENTS

16              Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18              _____One_____        completed summons form

19              _____Eight_____      completed USM-285 forms

20              _____Nine_____       copies of the __December 5, 2005_____
                                                   Complaint/Amended Complaint

21   DATED:

22

23                                          _____
                                                   Plaintiff
24

25

26