IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BENJAMIN LIRA,** | 2:05-cv-2452-LKK-GGH P |
| Plaintiff, | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| **v.** | |
| **K. PROSPER, et al,** | |
| Defendants. | |

The Court, having considered Defendants' request for an extension of time to file a responsive pleading, and good cause having been found:

**IT IS HEREBY ORDERED**:  Defendants shall be granted an extension of time, to thirty days from the date of this order to file their responsive pleading.

Dated:     8/16/06

/s/ Gregory G. Hollows
_____
The Honorable Gregory G. Hollows
United States Magistrate Judge

lira2452.po

*[Proposed] Order*

1