IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BENJAMIN LIRA,**  Plaintiff,  v.  **K. PROSPER, et al.,**  Defendants. | 2:05-cv-2452-LKK-GGH P  **ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO SERVE RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS** |

The Court, having considered Defendant Prosper's request for an extension of time to serve responses to Plaintiff's first set of interrogatories and request for production of documents, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendant Prosper shall be granted an extension of time of thirty days, to and including February 28, 2007, to serve responses to Plaintiff's first set of interrogatories and request for production of documents.

Dated: 1/29/07                        /s/ Gregory G. Hollows
                                      Honorable Gregory G. Hollows

lira2452.po2

[Proposed] Order

1