IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BENJAMIN LIRA,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**K. PROSPER, et al.,**<br><br>　　　　　　　　　　　　Defendants. | 2:05-cv-2452-LKK-GGH P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE OPPOSITION AND CROSS-MOTION FOR SUMMARY JUDGMENT** |

　　　　The Court, having considered Defendants' request for a nunc pro tunc extension of time to file an opposition to Plaintiff's motion for summary judgment, and an extension of time to file a cross-motion for summary judgment, and good cause having been found:

　　　　**IT IS HEREBY ORDERED**: Defendants shall be granted an extension of time, to and including July 15, 2007, to serve their opposition to Plaintiff's motion and their cross-motion for summary judgment.

Dated: 6/19/07　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

Lira2452.po3

[Proposed] Order

1