IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BENJAMIN LIRA,**<br><br>Plaintiff,<br><br>v.<br><br>**K. PROSPER, et al.,**<br><br>Defendants. | 2:05-cv-2452-LKK-GGH P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE OPPOSITION AND CROSS-MOTION FOR SUMMARY JUDGMENT** |

The Court, having considered Defendants' request for a second extension of time to file an opposition to Plaintiff's motion for summary judgment, and to file a cross-motion for summary judgment, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendants shall be granted an extension of time of five court days, to and including July 23, 2007, to serve their opposition to Plaintiff's motion and their cross-motion for summary judgment.

Dated: 7/24/07               /s/ Gregory G. Hollows
                             U.S. Magistrate Judge

lira2452.po4

[Proposed] Order

1