IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN LIRA,

        Plaintiff,                     No. CIV S-05-2452 LKK GGH P

   vs.

K. PROSPER, et al.,

        Defendants.            ORDER TO SHOW CAUSE

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 23, 2007, plaintiff filed a motion for partial summary judgment. After having been granted extensions of time, defendants filed their cross-motion for summary judgment and their opposition to plaintiff's motion, on July 23, 2007.

        Plaintiff has not filed an opposition to defendants' motion. In the order directing service filed June 6, 2006, the court stated that "[i]f plaintiff does not serve and file a written opposition to the motion or a request to postpone consideration of defendants' motion, the court may consider the failure to act as a waiver of opposition to defendant's motion." See Local Rule 78-230 (m). Defendants' notice of motion also directed plaintiff to Local Rule 78-230 for information regarding summary judgment.

\\\\\

1  Good cause appearing, IT IS HEREBY ORDERED that plaintiff show cause,
2  within twenty days, why defendants' July 23, 2007, (cross) motion for summary judgment should
3  not be granted.
4  DATED: 9/24/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:009/035
lira2452.osc