IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN LIRA,

    Plaintiff,                    No. CIV S-05-2452 LKK GGH P

    vs.

K. PROSPER, et al.,

    Defendants.              <u>ORDER</u>

/

        In an order, filed on September 24, 2007, plaintiff was directed to show cause, within twenty days, why defendants' cross-motion for summary judgment, filed on July 23, 2007, should not be granted in light of plaintiff's failure to file an opposition.  Plaintiff's time for a response has not yet expired, but at this time the court vacates the pretrial and trial dates set in the scheduling order, filed on January 9, 2007, including the dates for the filing of pretrial statements, to be re-set, if appropriate.

        IT IS SO ORDERED.

DATED: 10/1/07                              /s/ Gregory G. Hollows

                                                  UNITED STATES MAGISTRATE JUDGE

GGH:009
lira2452.vac

1