IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN LIRA,

       Plaintiff,                       No. CIV S-05-2452 LKK GGH P

     vs.

K. PROSPER, et al.,

       Defendants.             <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.

        Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within ten days, whether they have any objection to the dismissal of this action. Should defendants fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

DATED: 10/31/07

                                        /s/ Gregory G. Hollows

                                        _____
                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:cm
lira2452.59a