IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN LIRA,

      Plaintiff,                        No. CIV S-05-2452 LKK GGH P

    vs.

K. PROSPER, et al.,

      Defendants.            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, having requested that this action be dismissed, this court, by Order, filed on 10/31/07, directed defendants to notify this court, within ten days, whether they had any objection to the dismissal of this action. Defendants responded promptly, on 10/31/07, stating that they did not object to voluntary dismissal of this action.

        Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

        Accordingly, the Clerk of Court shall close this case.

DATED: 12/13/07

                                /s/ Gregory G. Hollows

                                _____
                                GREGORY G. HOLLOWS
                                UNITED STATES MAGISTRATE JUDGE

GGH:009
lira2452.59ggh