UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| BENJAMIN LIRA, | No. 2:05-cv-02452 WBS GGH |
| Plaintiff, | |
| v. | ORDER |
| K. PROSER, et al., | |
| Defendants. | |

----oo0oo----

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action which was previously dismissed pursuant to his notice to voluntarily dismiss the action and defendants' statement of non-opposition.  Plaintiff has moved to reopen this action.  (Docket Nos. 38, 42.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 302.

On November 19, 2021, the Magistrate Judge filed Findings and Recommendations herein which were served[1] on the

---

[1] The findings and recommendations were mailed to the

1

parties and which contained notice that the parties may file objections within the time specified therein.  (Docket No. 46.)  No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b) and Local Rule 304(f), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed November 19, 2021 are adopted in full;

2. Plaintiff's motions to reopen (Docket Nos. 38, 42) are DENIED.

Dated:  March 29, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

plaintiff at his last known address at the Kings County Jail, but the mail was "returned as undeliverable, no reason listed." Plaintiff made no attempt to update the court with his current address.

2